IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID DEJUAN WISE | ) | |
| | ) | |
| v. | ) | Civil Action. No. 2:08cv17-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Sandra J. Stewart, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 16th of January, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Sandra J. Stewart
SANDRA J. STEWART
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID DEJUAN WISE | ) | |
| | ) | |
| v. | ) | Civil Action. No. 2:08cv17-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Sandra J. Stewart
SANDRA J. STEWART
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135