# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DAVID DEJUAN WISE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:08cv17-MHT |
| UNITED STATES OF AMERICA, ) | (CR No.: 2:04-cr-0009) |
| ) | |
| Respondent. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Respondent in the above-captioned case, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☒   This party is a governmental entity, and

☒   There are no entities to be reported, or

1

☐ The following entities and their relationship to the party are hereby reported: None.

Done this 28th day of January, 2008.

                                            LEURA G. CANARY
                                            UNITED STATES ATTORNEY

                                            /s/  Sandra J. Stewart
                                            SANDRA J. STEWART
                                            Assistant United States Attorney
                                            131 Clayton Street
                                            Montgomery, AL  36101-0197
                                            (334) 551-1764
                                            (334) 223-7135

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DAVID DEJUAN WISE,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | Civil Action No. 2:08cv17-MHT |
| **UNITED STATES OF AMERICA,** ) | (CR No.: 2:04-cr-0009) |
| ) | |
| **Respondent.** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system and mailed, postage prepaid, a copy of this response to the *pro se* Defendant/Movant as follows:

David Dejuan Wise
Rg. #11376-002
USP Cannan
P.O. Box 300
Waymart, PA 18472

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Sandra J. Stewart
SANDRA J. STEWART
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36101-0197
(334) 551-1764
(334) 223-7135