UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DAVID DEJUAN WISE,
    PETITIONER

V.                                   Civil Action No: 2:08cv17-MHT

UNITED STATES OF AMERICA
    RESPONDENTS

## MOTION FOR EXTENSION OF TIME

Comes now, the petitioner David Dejuan Wise, pro-se, in the above style case of action, files this his motion requesting an additional 14-day extension of time up to and including March 5, 2008, in which to file a reply to the governments motion, in support hereto states the following:

## DISCUSSION

1. That the government failed to address every allegation raised in petitioner's 2255 motion.

2. That petitioner is allotted time to present affidavits or other documents in support of his claims.

Wherefore, the petitioner requests an additional 14 days in which to file reply.

Done this the 28th day of February 2008.

Respectfully Submitted,

David Dejuan Wise
Reg. No. 11376-002
P. O. Box 300
Waymart, PA 18472

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February 2008, I served a copy of the foregoing on respond by placing the same in the United States mail, first class, postage pre-paid and addressed as follows:

Sandra J. Stewart
Assistant United States Attorney
United States Attorney's Office
131 Clayton Street
Montgomery, AL 36101-0197

                                            David Dejuan Wise
                                            Reg. No. 11376-002
                                            P. O. Box 300
                                            Waymart, PA 18472

David Wise - F1
113760032
P.O. Box 300
Waymart, Pa. 18473



Office of the Clerk
P.O. Box 711
Montgomery, Al. 36101