IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID DEJUAN WISE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:08cv17-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Petitioner has filed a pleading styled as a "Motion for Extension of Time." (Doc. No. 10; March 13, 2008.) The court construes this pleading to be a motion to file a supplemental reply to the response filed by the United States. Upon consideration of this motion, and for good cause shown, it is

ORDERED that Petitioner's *motion to file a supplemental reply* (Doc. No. 10) be and is hereby GRANTED. Accordingly, on or before March 28, 2008, Petitioner shall file with this court any supplemental reply that he wishes to file.

Done this 14th day of March, 2008.

　　　　　　　　　　　　　　　　　　/s/Wallace Capel, Jr.
　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE