IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID DEJUAN WISE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:08cv17-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Petitioner has filed a motion for leave to amend his 28 U.S.C. § 2255 motion to add a new claim of ineffective assistance of counsel (Doc. No. 12).  Upon consideration of this motion, and for good cause, it is

**ORDERED** that Petitioner's motion for leave to amend (Doc. No. 12) be and is hereby GRANTED.

Further, the United States Attorney for the Middle District of Alabama is

**ORDERED** to file a supplemental response addressing the new claim of ineffective assistance of counsel asserted by Petitioner in the amendment to his § 2255 motion within thirty (30) days from the date of this order.  The government is advised that its response should contain a procedural history and all relevant information, including identification of the claims contained in Petitioner's original § 2255 motion, from which the court can determine the applicability of the limitation period to the newly asserted claim of ineffective assistance of counsel.

In its supplemental response, the government should make specific reference to Rule 15(c), Fed.R.Civ.P., which provides that "[a]n amendment of a pleading relates back to the date of the original pleading when ... the claim or defense asserted in the amended pleading arose out of the conduct, transaction, or occurrence set forth in the original pleading." Rule 15(c)(2), Fed.R.Civ.P. *See Pruitt v. United States*, 274 F.3d 1315, 1318-19 (11th Cir. 2001) (amended claims excluded from application of the limitation period only if they relate back to timely filed claims); *Davenport v. United States*, 217 F.3d 1341, 1344 (11th Cir. 2000) (same).

In light of the foregoing, the CLERK is **DIRECTED** to provide copies of the instant motion to attorney Susan G. James. Accordingly, it is further

**ORDERED** that within twenty (20) days from the date of this order, Ms. James shall file with this court an affidavit that addresses the new claim of ineffective assistance of counsel presented against her by Petitioner. Ms. James shall also furnish the United States Attorney and Petitioner with copies of her affidavit.

Done this 31st day of March, 2008.

    /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE