IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO. CR:04-CR9-T |
| | * | |
| DAVID DEJUAN WISE, | * | |
| | * | |
| DEFENDANT. | * | |

RECEIVED
08 APR 18 P 3:00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### RESPONSE TO INEFFECTIVE ASSISTANCE CLAIM (SUPPLEMENT)

Comes now Susan G. James, Attorney at Law, and former counsel for David Dejuan Wise, and files this her response to Wise's claim of ineffective assistance filed on March 28, 2008 and, in support thereof, states the following:

1. On March 28, 2008, Wise filed a supplemental ineffective assistance claim against the undersigned in his 28 U.S.C. §2255.

2. Counsel attaches to this document a supplemental affidavit in response to the ineffective assistance claims filed by Wise.

Respectfully submitted this 18th day of April 2008.

_____
Susan G. James (ASB7956J64S)

Address of Counsel:
Law Office of
Susan G. James & Associates
600 S. McDonough St.
Montgomery, AL 36104
(334) 269-3330

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and complete copy of the foregoing was served upon Susan Redmond, Assistant United States Attorney, P. O. Box 197, Montgomery, Alabama 36101 this ___ day of April 2008.

     the above instrument was served via:

( ) personal service
(✓) first class mail
( ) certified mail, return receipt requested
( ) facsimile
( ) overnight courier

_____
of Counsel

STATE OF ALABAMA

COUNTY OF MONTGOMERY

### SUPPLEMENTAL AFFIDAVIT OF SUSAN G. JAMES

Comes now, Susan G. James, affiant, and responds to the supplemental motion claiming ineffective assistance of counsel filed on March 28, 2008 by David Dejuan Wise and, in support thereof, states the following:

1. Counsel has already provided an affidavit in response to Wise's claims of ineffective assistance. Wise has now prepared a supplemental motion wherein he alleges counsel failed to advise him of the plea offer made to him by the United States.

2. This Court, in an order dated March 31, 2008, advised the undersigned to respond, in writing, to the new claim of ineffective assistance of counsel within 20 days.

3. Counsel has reviewed David Dejuan Wise's file in this case and determined that plea discussions were had in this case and offers and discussions communicated to Wise. However, Wise began to complain of mental issues and his case took the course of his attempt to be determined incompetent for purposes of standing trial. Wise was adamant that he was going to trial and was uninterested in any plea offer that might be made to him by the United States Government.

This is true to the best of my knowledge, information, and belief.

Sworn and subscribed before me this ___ day of April 2008.

_____
Susan G. James

NOTARY PUBLIC

My commission expires 3/23/2012

_____
Notary Public