2:08-CV-17-MHT-WC

RECEIVED
2008 APR 24  A 10:08
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

To Whom It May Concern:

My name is David De'Juan Wise, and my register number is 11376-002, I would like to update my address: FCI P O Box 2000, Fort Dix, NJ. 08640. Thanks for your time and patience.

Sincerely yours,
David D. Wise

INMATE NAME: DAv.d W.sG
REGISTER NO.: 11376002
HOUSING UNIT: _____
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

TRENTON NJ 086

21 APR 2008 PM 2 ?



Office of the Clerk
P.O. Box 711
Montgomery, AL 36101

3610180711