UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID DEJUAN WISE,           )
    PETITIONER           )
                         )
V.                           ) CIVIL ACTION NO: 2:08CV17-MHT
                         )
UNITED STATES OF AMERICA,    )
    RESPONDENTS          )

## MOTION TO SHOW CAUSE

Comes now, the petitioner in the above style cause of action pursuant to this Honorable courts order dated May 1, 2008; hereby files this his motion to show cause an in support herein states the following:

1. That on or before March 5, 2008, the petitioner filed a new claim of ineffective assistance of counsel contained in his motion for leave to amend his §2255 petition after the court had previously granted an 'Enlargement of Time' in which to file his petition.

2. That the petitioner's 'amended petition' was within the courts time frame, after the court granted petitioner additional time (up to and including 3/21/08) in which to file his §2255 motion.

3. That the petitioner asserts that had trial counsel advised him correctly, he would have accepted offer (plea agreement) and received 8-10 year sentence, rather than risking life imprisonment.

4. That in prosecution under 21 USCS § 841 Court of Appeals would remand for evidentiary hearing defendant's claim that he received ineffective assistance of counsel, where inter alia, trial counsel incorrectly advised defendant regarding effect

1

of plea offer tendered by prosecutor, and defendant argued that had trial counsel advised him correctly, he would have accepted offer, rather than risking life imprisonment. <u>United States v. Gaviria</u>, (1997 App. DC) 325 US App DC 322, 116 F3d 1498, 47 Fed. Rules Evid Serv 457, cert. den. (19989) 522 US 1082, 139 L.Ed 2d 763, 118 S.Ct. 865, post-conviction relief den. (2000, DC Dist. Col.) 2000 US Dist. LEXIS 6509 and post-conviction relief dismd. (2000, App. DC) 2000 US (2001, App DC) 254 F3d 311, cert. den. (2001 US) 151 L.Ed 2d 446, 122 S. Ct. 574.

WHEREFORE, based upon the foregoing facts as outlined above, the petitioners 'motion to amend' should be granted and/or order an evidentiary hearing, petitioner's claim that he received ineffective assistance of counsel; where trial counsel omitted advising defendant regarding effect of plea offer tendered by prosecutor.

Dated this 19th day of May 2008.

                                        Respectfully submitted,
                                        David De'Juan Wise
                                        /s/ David Dejuan Wise, Pro-Se

## CERTIFICATE OF SERVICE

I hereby certify that on March 19th 2008, I served one true and correct copy of the motion to amend on the respondents, by deposing a copy of the same in the United States mail, first class, postage pre-paid and properly addressed below:

**Leura G. Canary**
United States Attorney
**Sandra J. Stewart**
Assistant United States Attorney
United States Attorney's Office
131 Clayton Street
Montgomery, Alabama 36101-0197

/s/ David Dejuan Wise, Pro-Se
Federal Correctional Institution
Reg. No. 11376-002
P. O. Box 300
Waymart, Pennsylvania 18472

3

INMATE NAME: David Wise
REGISTER NO.: 11376002
HOUSING UNIT: _____
FEDERAL CORRECTIONAL INSTITUTION
~~P.O. BOX 1000~~
P.O. BOX 2000
~~FORT DIX, NJ 08640~~
FORT DIX, NJ 08640

TRENTON NJ 086
28 MAY 2008 PM 4 T

Office of the clerk
P.O. Box 711
Montgomery, Al. 36101

36101+0711