IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID DEJUAN WISE,            )
                              )
     Petitioner,              )
                              )     CIVIL ACTION NO.
     v.                       )        2:08cv17-MHT
                              )           (WO)
UNITED STATES OF AMERICA,     )
                              )
     Respondent.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (Doc. No. 29) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 26) is adopted.

(3) The 28 U.S.C. § 2255 petition for writ of habeas corpus (Doc. No. 1) is denied.

**It is further ORDERED that costs are taxed against petitioner, for which execution may issue.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 19th day of February, 2010.**

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**